**90–75.** State v. Jones. *Cuyahoga County*, No. 53465. Reported at 51 Ohio St.3d 703, 555 N.E.2d 315. On motion for rehearing. Rehearing denied.

F.E. SWEENEY, J., not participating.

**92–2103.** Abegglen v. Lazirko. *Cuyahoga County*, No. 59775. Reported at 66 Ohio St.3d 1402, 605 N.E.2d 1260. On motion for rehearing. Rehearing denied.

**92–2306.** Blackburn v. Tudor. *Scioto County*, No. 2021. Reported at 66 Ohio St.3d 1413, 607 N.E.2d 12. On motion for rehearing. Rehearing denied.

PFEIFER, J., dissents.

**92–2403.** State v. Turner. *Lake County*, No. 91–L–043. Reported at 66 Ohio St.3d 1410, 607 N.E.2d 10. On motion for rehearing. Rehearing denied.

**92–2416.** State v. Oberdick. *Belmont County*, No. 92–B–10. Reported at 66 Ohio St.3d 1414, 607 N.E.2d 13. On motion for rehearing. Rehearing denied.

RESNICK and PFEIFER, JJ., dissent.

**92–2439.** Lake White Community Assn., Inc. v. Lucas. *Pike County*, No. 477. Reported at 66 Ohio St.3d 1423, 607 N.E.2d 845. On motion for rehearing. Rehearing denied.

PFEIFER, J., dissents.

**92–2480.** Musa v. Gillett Communications. *Cuyahoga County*, No. 64447. Reported at 66 Ohio St.3d 1424, 607 N.E.2d 845. On motion for rehearing. Rehearing denied.

## MOTION DOCKET
### *Thursday March 25, 1993*

**90–1430.** State ex rel. Auto. Dealers Assn. of E. Ohio, Inc. v. O'Brien. In Mandamus. On motion for protective order. Motion granted.

A.W. SWEENEY and PFEIFER, JJ., dissent.